IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH L. STRICKLAND,
    Petitioner,

vs.                              Case No. 5:10cv310/RS/EMT

PAIGE AUGUSTINE, Warden,
FCI MARIANNA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Petitioner's letter to Judge Timothy, which the court directed the clerk to docket as a request for voluntary dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2241 (doc. 19). In the letter, Petitioner asks that his case be dismissed, and as grounds for dismissal, Petitioner states he would prefer to come back at a later time when he has had more time to "study and prepare an adequate defense." Dismissal of this action without prejudice is proper pursuant to Federal Rule of Civil Procedure 41(a)(2). This dismissal will afford Petitioner the opportunity to present his claims at a later date, if appropriate, though he should be mindful of the constraints of the applicable statute of limitations, if any.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Petitioner's request for voluntary dismissal (doc. 19) be **GRANTED** and this action be dismissed without prejudice.

    At Pensacola, Florida, this 7th day of December 2011.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).