IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH L. STRICKLAND,

    Petitioner,

vs.                             CASE NO. 5:10-cv-310/RS-EMT

PAIGE AUGUSTINE, Warden,
FCI MARIANNA,

    Respondent.
_____ /

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Petitioner's Request for Voluntary Dismissal (Doc. 19) is **GRANTED**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on January 5, 2012.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**